UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KEMEN L. TAYLOR, II, Ex Relatione
In Propria Persona: Kemen L. Taylor II,

        Petitioner,

vs.

GOVERNOR MARK DAYTON,

        Respondent.

Case No. 16-CV-3893 (DSD/LIB)

KEMEN LAVATOS TAYLOR, II,

        Petitioner,

vs.

TOM ROY, Commissioner of Corrections,

        Respondent.

Case No. 16-CV-3965 (DSD/LIB)

ORDER ADOPTING THE REPORT
AND RECOMMENDATION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of the United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED** that:

    1.    Cases Nos. 16-CV-3893 (DSD/LIB) and 16-CV-3965 (DSD/LIB) be CONSOLIDATED.

    2.    That Case No. 16-CV-3965 be ADMINISTRATIVELY TERMINATED, without prejudice to Taylor's right to seek habeas corpus relief.

  3. That all documents filed to date in both cases be docketed in Case No. 16-CV-3893.

  4. That the habeas corpus petition filed in Case No. 16-CV-3893 be regarded as the operative petition in this matter, absent direction from Taylor to the contrary.

Dated: December 23, 2016

                s/ David S. Doty
                David S. Doty, Judge
                United States District Court Judge